## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| 1) | NAUTILUS INSURANCE COMPANY, | ) ) ) | |
| | Plaintiff, | ) ) | Case No.: 4:22-cv-00064-CVE-JFJ |
| v. | | ) ) | |
| 1) | FANTASIA HOOKAH LOUNGE, LLC; | ) ) ) | NOTICE OF APPEAL |
| 2) | MOHAMMAD ZAKIE ALSHAMMAT, | ) ) ) | |
| 3) | JJG PROPERTIES, LLC, and | ) ) | |
| 4) | JORGE HERNANDEZ, | ) ) | |
| | Defendants. | ) | |

### JOINT NOTICE OF APPEAL BY FANTASIA HOOKAH LOUNGE, LLC, MOHAMMED ZAKIE ALSHAMMAT AND JORGE HERNANDEZ

FANTASIA HOOKAH LOUNGE, LLC, MOHAMMED ZAKIE ALSHAMMAT AND JORGE HERNANDEZ appeal to the United States Court of Appeals for the Tenth Circuit from the final judgment entered on October 30, 2023.

    Respectfully submitted,

*/s/ Thomas M. Askew*
Thomas M. Askew, OBA No. 13568
Sharon K. Weaver, OBA No. 19010
William Gregory James, OBA No. 4620
RIGGS, ABNEY, NEAL, TURPEN,
 ORBISON & LEWIS
502 West Sixth Street
Tulsa, Oklahoma 74119-1010
Tel.: (918) 587-3161; Fax: (918) 587-9708
taskew@riggsabney.com
sweaver@riggsabney.com
gjames@riggsabney.com
ATTORNEYS FOR DEFENDANT,
JORGE HERNANDEZ

        */s/ Bradley E. Bowlby*
Jon D. Starr, OBA No. 14138
Bradley E. Bowlby, OBA No. 22847
Starr, Begin & King
1800 South Baltimore, Suite 550
Tulsa, OK 74119
Tel: (918) 872-0374; Fax: (918) 872-0381
jon.starr@tulsalawyer.org
brad.bowlby@tulsalawyer.org
ATTORNEYS FOR DEFENDANTS, FANTASIA HOOKAH LOUNGEAND MOHAMMED ZAKIE ALSHAMMAT

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of November, 2023, I electronically transmitted the above and foregoing pleading to the Clerk of the Court using the ECF System for filing and a transmittal of a Notice of Electronic Filing to the following ECF registrants:

Douglas M. Kleeman
Phelps Dunbar LLP
Canal Place
365 Canal St., Suite 2000
New Orleans, LA 70130-6534

R. Thompson Cooper
Roberson, Kolker, Cooper, P.C.
16408 Muirfield Pl.
Edmond, OK 73013
*Attorneys for Plaintiff,*
*Nautilus Insurance Company*

Anita K. Anthony
Steven Ernest Holden
Holden Litigation, Holden P.C.
15 E. 5th St., Suite 3900
Tulsa, OK 74103
*Attorneys for Defendant,*
*JJG Properties, LLC*

        */s/ Thomas M. Askew*
Thomas M. Askew

- 2 -